**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RENEE BARNAUSKAS,** | : | |
| | : | **Case No.** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SYNCHRONY BANK, and** | : | |
| **GENPACT SERVICES, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT GENPACT SERVICES, LLC'S**
**NOTICE OF REMOVAL**

**TO:   THE HONORABLE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**PLEASE TAKE NOTICE THAT** on this date, Defendant Genpact Services, LLC ("Genpact"), hereby removes the above-captioned matter to this Honorable Court from the Court of Common Pleas of Lackawanna County, and in support thereof would respectfully show as follows:

1.     Genpact is a defendant in a civil action originally filed on or about October 27, 2017, in the Court of Common Pleas of Lackawanna County, titled *Renee Barnauskas v. Synchrony Bank and Genpact Services, LLC*, and docketed to Case No. 17-CV-5702.

2.     Genpact first received a copy of Plaintiff's Complaint by service on or about October 31, 2017.  Also, Defendant Synchrony Bank first received a copy of Plaintiff's Complaint by service on or about October 30, 2017.  Therefore, this removal is timely under 28 U.S.C. § 1446(b).

**DEFENDANT GENPACT SERVICES, LLC'S NOTICE OF REMOVAL**
**PAGE 1 OF 4**

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit B are true and correct copies of all process, pleadings and orders received by Genpact in the state court action.

4. Removal is based upon federal question jurisdiction. Plaintiff has alleged claims against Genpact under the the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, two federal statutes. Therefore, the United States District Court for the Middle District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is removable to this Court pursuant to 28 U.S.C. § 1441. Accordingly, Genpact herby removes this action to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1446.

5. Defendant Synchrony Bank, by and through its attorney, Jonathan M. Marmo of ReedSmith LLP, consents to the removal of this case. *See* the "*Consent to Removal by Defendant Synchrony Bank*," that is attached hereto as Exhibit B.

6. Promptly after the filing of this Notice, Genpact will provide notice of this removal to all parties and to the Court of Common Pleas of Lackawanna County, Pennsylvania.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Genpact Services, LLC removes this case to the United States District Court for the Middle District of Pennsyvlania.

**DEFENDANT GENPACT SERVICES, LLC'S NOTICE OF REMOVAL**
**PAGE 2 OF 4**

Dated:  November 27, 2017

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

 /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQ.
PA I.D. No. 204140
929 S. High Street, Suite 148
West Chester, PA  19382
Britjsuttell@bn-lawyers.com
(484) 999-4232

LAUREN M. BURNETTE, ESQ.
PA I.D. No. 92412
450-106 State Road 13 N.
Suite 326
St. Johns, FL  32259
(904) 201-9120
lburnette@bn-lawyers.com


KEVIN T. CROCKER
Texas Bar No. 05087250
(pending *pro hac* admission)
7320 N. Mopac Expy
Suite 400
Austin, TX  78731
(512) 476-9103
kcrocker@bn-lawyers.com

*Counsel for Defendant Genpact Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2017, a true copy of the foregoing document was served on Plaintiff's Counsel below via the Court's ECF system and/or via e-mail:

Brett Freeman, Esq.                    Jonathan M. Marmo, Esq.
Sabatini Law Firm, LLC                 ReedSmith LLP
216 N. Blakely St.                     225 Fifth Avenue
Dunmore, PA  18512                     Pittsburgh, PA  15222
brett@bankruptcypa.com                 JMarmo@ReedSmith.com
*Counsel for Plaintiff*                *Counsel for Defendant*
*Renee Barnauskas*                     *Synchrony Bank*


I further certify that on November 27, 2017, a true copy of the foregoing document was served on the persons below via U.S. Mail, postage pre-paid:

Prothonotary – Civil Division
Lackawanna County
Court of Common Pleas
Brooks Building
436 Spruce Street
Scranton, PA  18503


 */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQ.

**DEFENDANT GENPACT SERVICES, LLC'S NOTICE OF REMOVAL**
**PAGE 4 OF 4**