UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE BARNAUSKAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SYNCHRONY BANK and GENPACT SERVICES, )<br>LLC, )<br>)<br>Defendants. ) | Cause No. 3:17-cv-02167-RPC<br><br>Hon. Richard P. Conaboy |

## ORDER OF COURT

UPON CONSIDERATION of Defendants Synchrony Bank and Genpact Services, LLC's Joint Unopposed Motion to Compel Arbitration and to Stay the Action Pursuant to Federal Rule of Civil Procedure 12(b)(1), Sections 3 and 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16 ("FAA"), and Local Rule 7.5, (the "Motion") and there being no objection from Plaintiff Renee Barnauskas and it being otherwise just and proper;

IT IS HEREBY ORDERED that:

(a) The Motion is granted;

(b) Plaintiff shall submit her claims against Defendants to arbitration pursuant to the terms of the Account Agreement between the parties; and

(c) This action is stayed pending the outcome of the arbitration.

FILED
SCRANTON
JAN 1 7 2018
Per_____
DEPUTY CLERK

BY THE COURT:

DATED: 1/17/18

_____
Hon. Richard P. Conaboy