UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
RENEE BARNAUSKAS,              :
                               :CIVIL ACTION NO. 3:17-CV-2167
        Plaintiff,             :
                               :(JUDGE CONABOY)
    v.                         :
                               :
SYNCHRONY BANK and             :
GENPACT SERVICES, LLC,         :
                               :
        Defendants.            :
                               :
```

**ORDER**

    Because the Court granted Defendants' Joint Unopposed Motion to Compel Arbitration and Stay the Action (Doc. 12) by Order of January 17, 2018 (Doc. 13); and

    Because the case is now stayed; and

    Because the current procedural posture indicates the case is appropriately administratively closed pending the outcome of arbitration,

    **NOW, THEREFORE, THIS** \_\_\_\_1st\_\_\_\_ **DAY OF AUGUST 2018**, the Clerk of Court is directed to administratively close this case for statistical purposes without prejudice to either party to the right to reopen the case if deemed necessary.

                                                          _____
                                                          RICHARD P. CONABOY
                                                          United States District Judge

FILED SCRANTON AUG 0 1 2018 Per \_\_\_\_\_ DEPUTY CLERK